**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GETAX AUSTRALIA PTY., LTD.,

                      Plaintiff,                07 Civ.

   - against -                              **AFFIDAVIT IN SUPPORT OF
                                           PRAYER FOR
                                           MARITIME ATTACHMENT**

SWARUP GROUP OF INDUSTRIES,

                      Defendant.
-----------------------------------------------------------X

State of New York      )
                               )   ss.:   City of New York
County of New York   )

       JOHN A. ORZEL, having been duly sworn, deposes and states the following under oath:

       1. I am a member in good standing of the Bar of this Court and am a partner of the law firm of DeOrchis, Wiener & Partners, LLP, which represents Plaintiff GETAX AUSTRALIA PTY., LTD. I am familiar with the facts of this matter and make this Affidavit in support of the Plaintiff's prayer for the issuance of a Writ of Maritime Attachment and Garnishment, pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

2. I have attempted to locate the Defendant SWARUP GROUP OF INDUSTRIES, within this District. As part of my investigation to locate the Defendant within this District, I conducted a search of the Internet at www.yahoo.com and www.google.com and failed to ascertain any website believed to belong to Defendant showing a presence within this District.

3. I also reviewed the telephone company information directory maintained on the World Wide Web or Internet, as well as the white and yellow pages to determine if there were any listings for the Defendant in any of the counties within this District (e.g., Bronx, Dutchess, New York, Orange, Putnam, Rockland, Sullivan and Westchester) and did not find any listing for the Defendant. Finally, I reviewed online information for the Department of State for the State of New York, which did not contain any listing for a company with the Defendant's name, or any similar name, with a presence within the Southern District of New York.

4. I submit based on the foregoing that the Defendant cannot be found within this District within the meaning of Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims.

5. Upon information and belief, the Defendant has, or will have during the pendency of this action property, goods, chattels or credits and effects within the District in the hands of garnishees including, but not limited to, HSBC (USA), Bank of America, Wachovia, Citibank, American Express Bank, J.P. Morgan Chase, Bank of New York, The Clearing House Interbank Payments System LLC., The New York Clearing House Association LLC, and/or Standard Chartered Bank.

6. This is the Plaintiff's first requested for this relief to this or any other court.

Dated:     New York City, New York
           August 10, 2007

_____
John A. Orzel

Sworn to and subscribed before me this
10th day of August 2007

_____
**Notary Public**

CARY ROBERT WIENER
Notary Public, State of New York
No. 02WI4713468
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires August 31, 2010