23482

**JUDGE BUCHWALD    07 CV 7160**

**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/13/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GETAX AUSTRALIA PTY., LTD.,

                                      Plaintiff,          07 Civ.

                                                           **ORDER APPOINTING SPECIAL**
- against -                                               **PROCESS SERVER TO SERVE *EX***
                                                           ***PARTE* ORDER FOR PROCESS OF**
                                                            **MARITIME ATTACHMENT**

SWARUP GROUP OF INDUSTRIES,

                                      Defendant.
-----------------------------------------------------------X

    **WHEREAS,** an application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

    **NOW,** good cause having been shown, it is hereby

    **ORDERED,** that John A. Orzel, or any other partner, associate, agent or paralegal of DeOrchis, Wiener & Partners, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment pursuant to Rule B of the Supplemental Admiralty Rules for Certain Admiralty and Maritime Claims of the Federal Rules and Civil Procedure upon any garnishee(s) who may hold tangible or intangible property belonging to, claimed by or being held for the defendant SWARUP GROUP OF

INDUSTRIES, and that the Order of Maritime Attachment and Information Subpoena may be renewed by way of facsimile transmission as provided by the *Ex Parte* Order for Process of Maritime Attachment.

Dated: New York, New York
August 10, 2007

_____
U.S.D.J.