**DEORCHIS WIENER & PARTNERS, LLP**
61 Broadway, 26th Floor
New York, New York  10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GETAX AUSTRALIA PTY., LTD.,

                    Plaintiff,            **07 Civ. 7160 (NRB)**

    - against -                     **NOTICE OF DISMISSAL**

SWARUP GROUP OF INDUSTRIES,

                    Defendant.
-----------------------------------------------------------X

**Sirs:**

Please take notice that pursuant to Rule 41 (a)(1)(i) of the Federal Rule of Civil Procedure, Plaintiff GETAX AUSTRALIA PTY., LTD., by its attorneys DE ORCHIS WIENER & PARTNERS, LLP., herewith voluntarily dismisses the above captioned action without prejudice.

Dated: New York, New York
       November 19, 2007

                                        **DEORCHIS WIENER & PARTNERS, LLP**
                                        *Attorneys for Plaintiff*

                                        By:   /S/    **John A. Orzel**
                                            John A. Orzel (JO-2420)
                                            61 Broadway, 26th Floor
                                            New York, New York  10006-2802
                                            (212) 344-4700