**DeOrchis Wiener & Partners, LLP**
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
GETAX AUSTRALIA PTY., LTD.,

                        Plaintiff,                07 Civ. 7160 (NRB)

    - against -                                 **NOTICE OF DISMISSAL**

SWARUP GROUP OF INDUSTRIES,

                        Defendant.
-----------------------------------------------------------X

Sirs:

    Please take notice that pursuant to Rule 41 (a)(1)(i) of the Federal Rule of Civil Procedure, Plaintiff GETAX AUSTRALIA PTY., LTD., by its attorneys De Orchis Wiener & Partners, LLP., herewith voluntarily dismisses the above captioned action without prejudice.

Dated: New York, New York
       November 19, 2007

SO ORDERED:

*/s/* Naomi Reice Buchwald
Naomi Reice Buchwald
U.S.D.J.

DATED: November 21, 2007

**DeOrchis Wiener & Partners, LLP**
*Attorneys for Plaintiff*

By: /S/ John A. Orzel
John A. Orzel (JO-2420)
61 Broadway, 26th Floor
New York, New York 10006-2802
(212) 344-4700